**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **TAWNI BENNETT** )<br>)<br>)<br>*Plaintiff,* )<br>) Case No.: 1:21-cv-11519<br>v. )<br>)<br>**NATIONAL CAR CURE,** )<br>**SUNPATH LTD,** )<br>**ULTIMATE AUTO PROTECTION** )<br>**CELTIC MARKETING,** ) **Jury Trial Demanded**<br>*Defendant.* ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tawni Bennett voluntarily dismisses the Complaint against defendant, Celtic Marketing only without prejudice.

Respectfully submitted,

Dated: February 24, 2022      By: /s/ *Jacob U. Ginsburg*
                            Jacob U. Ginsburg, Esq.
                            Kimmel & Silverman, P.C.
                            30 East Butler Ave.
                            Ambler, PA 19002
                            (215) 540-8888 ext. 104
                            Facsimile: (877) 788-2864
                            Email:jginsburg@creditlaw.com
                            teamkimmel@creditlaw.com