UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TAWNI BENNETT, )<br>       Plaintiff, )<br>)<br>v )<br>)<br>SUNPATH, LTD., ULTIMATE AUTO )<br>PROTECTION, CELTIC MARKETING )<br>AND NATIONAL CAR CURE, )<br>       Defendants. )<br>_____) | Case No.: 1:21-cv-11519 GAO |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST ULTIMATE AUTO PROTECTION ONLY

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Amended Complaint against defendant, Ultimate Auto Protection only without prejudice.

DATED: April 26, 2022

                                            /s/ Craig Thor Kimmel_____
                                            CRAIG THOR KIMMEL, ESQUIRE
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Ave.
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            teamkimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

      I, Craig T. Kimmel hereby certify that a true and correct copy of the foregoing pleading has been served on all parties via ECF on April 26, 2022.

                                      */s/ Craig Thor Kimmel*_____
                                      CRAIG THOR KIMMEL, ESQUIRE